# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

ALEX PENLAND,

        Petitioner,  :  Case No. 1:18-cv-648

- vs -      District Judge Douglas R. Cole
    Magistrate Judge Michael R. Merz

SEAN BOWERMAN, Warden,
  Toledo Correctional Institution,

         :
        Respondent.

## ORDER

This habeas corpus case is before the Court on Petitioner's Request to Continue to Receive All Court Communications (ECF No. 98). The Request is denied for the following reasons.

First of all, although Petitioner proceeded *pro se* from the filing of this case on September 14, 2018, until June 21, 2021, on the latter date two attorneys entered appearances on his behalf with Attorney Patituce designated as trial attorney. Under the Local Rules of this Court, every paper filed by a party represented by counsel must be signed by that attorney. The Request is denied because it is not signed by Mr. Patituce.

The second, more fundamental, reason is that Penland is asking for special treatment not provided to any litigant with a case in this Court. As an electronic filer in this Court, Mr. Patituce receives automatic notice of anything that is filed and is of course free to copy it and provide it to Penland. If Penland is already dissatisfied with his new counsel, he is free to discharge them and substitute new counsel or to return to *pro se* status. But the Court is unwilling to grant Penland

1

the privileged status of being a represented party who also receives direct notice of filings.

July 22, 2021.

s/ *Michael R. Merz*
United States Magistrate Judge
